Judgment in a Civil Case (02/11)

# UNITED STATES DISTRICT COURT
for the
Central District of Illinois

**FILED**
NOV 2 6 2019
CLERK OF COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

MAO-MSO Recovery II, LLC )
MSP Recovery, LLC, MSPA Claims 1, )
LLC, MSP Recovery Claims, Series LLC )
)
Plaintiffs, )
)
vs. )  Case Number: 17-cv-1537
)
State Farm Mutual Automobile )
Insurance Company )
)
Defendant. )

## JUDGMENT IN A CIVIL CASE

**DECISION BY THE COURT.** This action came before the Court, and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** judgment is entered in favor of Defendant and against the Plaintiffs. Case dismissed for want of jurisdiction.

Dated: 11/26/2019

s/ Shig Yasunaga
Shig Yasunaga
Clerk, U.S. District Court